JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 20 2012

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MEJIA URENA,<br><br>   Petitioner,<br><br> vs.<br><br>TIMOTHY S. ROBINS, et al.,<br><br>   Respondents. | Case No. SACV 12-0663-TJH (RNB)<br><br>**JUDGMENT** |

In accordance with the Order of Dismissal filed herein,

IT IS HEREBY ADJUDGED that the Petition is dismissed for mootness.

DATED: June 18, 2012

_____
TERRY J. HATTER, JR.,
UNITED STATES DISTRICT JUDGE